1
2
3
4

MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

5
6
7
8
9
10
11

DAVID J. SHEIKH (Pro Hac Vice)
DINA M. HAYES (Pro Hac Vice)
JOSEPH A. CULIG (Pro Hac Vice)
NIRO, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: sheikh@nshn.com
E-mail: hayes@nshn.com
E-mail: jculig@nshn.com

12

*Attorneys for Plaintiff*
*Morvil Technology, LLC*

13
14
15
16
17
18

EDWARD R. REINES (Bar No. 135960)
PAUL T. EHRLICH (Bar No. 228543)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California  94065
E-mail:  edward.reines@weil.com
E-mail:  paul.ehrlich@weil.com
Telephone:  (650) 802-3000
Facsimile: (650) 802-3100

19
20

*Attorneys for Defendants*
*Ablation Frontiers, Inc., Medtronic*
*Ablation Frontiers LLC and Medtronic*

21
22
23
24
25
26
27
28

STIPULATION AND ORDER REGARDING TRANSFER OF THIS CASE TO THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
Case No. C 10-03350 CW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| MORVIL TECHNOLOGY, LLC, | Case No. C 10-03350 CW |
| Plaintiff, | **STIPULATION AND ORDER REGARDING TRANSFER OF THIS CASE TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA** |
| v. | |
| ABLATION FRONTIERS, INC., MEDTRONIC ABLATION FRONTIERS LLC and MEDTRONIC, INC., | |
| Defendants. | |

Plaintiff Morvil Technology, Inc. ("Morvil") and defendants Ablation Frontiers, Inc., Medtronic Ablation Frontiers LLC and Medtronic, Inc. stipulate and agree as follows:

1.    Morvil filed its Complaint initiating this case on July 29, 2010.

2.    Medtronic Ablation Frontiers LLC and Medtronic, Inc. were served with Morvil's Complaint on August 2, 2010.

3.    On September 16, 2010, Morvil and the defendants filed a stipulation pursuant to Civil L.R. 6.1(a) extending the time for the defendants to respond to Morvil's Complaint to September 30, 2010.

4.    The defendants have represented to Morvil that Ablation Frontiers, Inc. has merged into Medtronic Ablation Frontiers LLC; that Ablation Frontiers, Inc. no longer exists; and that Medtronic Ablation Frontiers LLC has completely assumed and is completely responsible for any liabilities of Ablation Frontiers, Inc., including those liabilities that may result from Morvil's claims for infringement in this case.

5.    The defendants maintain that Medtronic Ablation Frontiers LLC does not have, and has never had, a regular and established place of business in the Northern District of California.

6.    The defendants maintain that Medtronic Ablation Frontiers LLC does not have, and has never had, contacts with the Northern District of California that would be sufficient to

1  subject Medtronic Ablation Frontiers LLC to personal jurisdiction in the Northern District of

2  California.

3        7.    The defendants have represented to Morvil that Medtronic Ablation Frontiers

4  LLC's principal place of business in the United States is in Carlsbad, California, within the

5  Southern District of California.  The defendants maintain that venue is improper in this district

6  with respect to Medtronic Ablation Frontiers LLC due to its lack of contacts with this district.

7  The defendants further maintain that this is not a convenient forum for the parties and witnesses.

8  Accordingly, the defendants have informed Morvil that they intend to file a motion to dismiss

9  based on improper venue and to transfer this case to the U.S. District Court for the Southern

10  District of California based on 28 U.S.C. § 1404(a).   That motion would be based on the

11  concentration of witnesses in the Southern District of California relative to the more limited

12  relationship between this district and this case.  The Medtronic Ablation Frontiers LLC witnesses

13  knowledgeable about the accused products are concentrated in Carlsbad, California, which is in

14  the Southern District of California.    Morvil is not located in this district.  It is located in

15  Roseville, California, which is in the Eastern District of California.  While there might turn out

16  to be some witnesses in this district, the parties are not aware of a substantial number of

17  witnesses in this district or any particular interest this district would have in this case.

18        8.    To avoid motion practice regarding the venue for this case, and based upon the

19  above, the parties hereby STIPULATE and AGREE as follows:

20        A.    Morvil will file a First Amended Complaint removing Ablation Frontiers, Inc.

21  from the case, without prejudice.  If discovery reveals that Ablation Frontiers, Inc. should be a

22  party in this case, none of Ablation Frontiers, Inc., Medtronic, Inc. and Medtronic Ablation

23  Frontiers LLC will object to its addition based on the removal of that entity from this case

24  pursuant to this stipulation, or assert laches, waiver or estoppel based on the addition of Ablation

25  Frontiers, Inc. as a party.

26

27

B.      In accordance with 28 U.S.C. § 1404(a), this case should be transferred to the U.S. District Court for the Southern District of California in San Diego for the convenience of the parties and witnesses and in the interests of justice.

C.      Medtronic Ablation Frontiers LLC and Medtronic, Inc. will answer Morvil's First Amended Complaint within 14 days after the First Amended Complaint is served.

Respectfully submitted,                          Respectfully submitted,

 /s/David J. Sheikh                                    /s/Edward R. Reines
MARTIN L. FINEMAN (Bar No. 104413)      EDWARD R. REINES (Bar No. 135960)
martinfineman@dwt.com                          edward.reines@weil.com
DAVIS WRIGHT TREMAINE LLP              PAUL T. EHRLICH (Bar No. 228543)
505 Montgomery St., Suite 800                 paul.ehrlich@weil.com
San Francisco, California 94111-6533          WEIL, GOTSHAL & MANGES LLP
Phone: (415) 276-6500                            Silicon Valley Office
Fax: (415) 276-6599                               201 Redwood Shores Parkway
                                                       Redwood Shores, CA  94065
DAVID J. SHEIKH (Pro Hac Vice)            Telephone:  (650) 802-3000
DINA M. HAYES (Pro Hac Vice)              Facsimile: (650) 802-3100
JOSEPH A. CULIG (Pro Hac Vice)
NIRO, HALLER & NIRO                          *Attorneys for Defendants*
181 West Madison, Suite 4600                 *Ablation Frontiers, Inc., Medtronic*
Chicago, IL 60602-4515                         *Ablation Frontiers LLC and Medtronic*
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: sheikh@nshn.com
E-mail: hayes@nshn.com
E-mail: jculig@nshn.com

**Attorneys for Morvil Technology, LLC**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  10/4/2010

U.S. District Judge