J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, CA 92121
Phone: (858) 404-9207
Fax:    (858) 225-3500
E-mail: cjaczko@jaczkogoddard.com
E-mail: agoddard@jaczkogoddard.com

DAVID J. SHEIKH *(Pro Hac Vice to be filed)*
DINA M. HAYES *(Pro Hac Vice to be filed)*
JOSEPH A. CULIG *(Pro Hac Vice to be filed)*
ANNA B. FOLGERS *(Pro Hac Vice to be filed)*
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: sheikh@nshn.com
E-mail: hayes@nshn.com
E-mail: jculig@nshn.com
E-mail: afolgers@nshn.com

*Attorneys for Plaintiff
Morvil Technology, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORVIL TECHNOLOGY, LLC,<br><br>                          Plaintiff,<br><br>     v.<br><br>MEDTRONIC ABLATION FRONTIERS LLC and MEDTRONIC, INC.,<br><br>                          Defendants. | Case No. 3:10-cv-02088-BEN-BGS<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT #31** |

PLEASE TAKE NOTICE that Plaintiff Morvil Technology, LLC hereby withdraws

Document #31, Plaintiff's' First Amended Complaint, from the Court's docket because Plaintiff

NOTICE OF WITHDRAWAL – Case No. 3:10-cv-02088-BEN-BGS

inadvertently failed to attach Exhibits A-E to the First Amended Complaint.  Plaintiff will re-file the First Amended Complaint with exhibits shortly.

Dated:  October 18, 2010.

Respectfully submitted,

JACZKO GODDARD LLP

NIRO, HALLER & NIRO

/s/ Allison H. Goddard
Allison H. Goddard
Attorneys for Morvil Technology, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 18, 2010, the foregoing **NOTICE OF WITHDRAWAL OF DOCUMENT #31** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

> Edward R. Reines (Bar No. 135960)
> edward.reines@weil.com
> Paul T. Ehrlich (Bar No. 228543)
> paul.ehrlich@weil.com
> WEIL, GOTSHAL & MANGES LLP
> Silicon Valley Office
> 201 Redwood Shores Parkway
> Redwood Shores, CA  94065
> Telephone:  (650) 802-3000
> Facsimile: (650) 802-3100
>
> *Attorneys for Defendants*
> *Medtronic Ablation Frontiers LLC and*
> *Medtronic, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

> /s/ Allison H. Goddard
> Attorneys for Morvil Technology, LLC

NOTICE OF WITHDRAWAL– Case No. 3:10-cv-02088-BEN-BGS